No. 3384. — Marcano, Aplda., *v.* Casal, Aplte. — C. D. San Juan, Distrito 1°. Feb. 20, 1925. Apareciendo que se

trata de una sentencia que dictó la corte inferior en apelación de una corte municipal por la suma de $200 en favor de la demandante, careciendo por tanto esta corte de jurisdicción para conocer del recurso por razón de la cuantía; visto el inciso 2 del artículo 295 del Código de Enjuiciamiento Civil, tal como fué enmendado por leyes de 9 de marzo, 1905, y 11 de marzo, 1908, y los casos de *Nadal* v. *American Railroad Company*, 19 D.P.R. 1080; *Martínez* v. *American Railroad Company*, 20 D.P.R. 52, *Gutiérrez* v. *Díaz*, 20 D.P.R. 270, y *Polo* v. *Fernández*, 27 D.P.R. 52, *se desestima el recurso.*